# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00113-CV
_____

## IN RE ALVIN ALLEN JR.

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause No. CV1813827**

## MEMORANDUM OPINION

Relator Alvin Allen Jr. filed a petition for writ of mandamus, in which he contends that the trial court abused its discretion by denying his motion for summary judgment.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record and

1

petition, we conclude that Allen has not demonstrated an abuse of discretion by the trial court for which there is no adequate remedy by appeal. Accordingly, we deny the petition for writ of mandamus, and we deny Allen's motion for temporary emergency relief.

PETITION DENIED; MOTION FOR TEMPORARY EMERGENCY RELIEF DENIED.

PER CURIAM

Submitted on April 13, 2020
Opinion Delivered April 30, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.